340

publication November 2, 1948. Putnam, Johnson, Alschuler & Ruddy, for appellant; Sam Alschuler and Robert E. Brown, of counsel; Sears and Streit, for appellee; Ralph C. Putnam, Jr., of counsel. Opinion by PRESIDING JUSTICE WOLFE. Not to be published in full.

## John G. Allen, Appellee, v. Charles D. Beam, Appellant.

Gen. No. 10,255.

opinion filed October 14, 1948; released November 2, 1948. Frank P. North and Burrell & Burrell, for appellant; David M. Burrell, of counsel; Berry & Simmons, for appellee. Opinion by PRESIDING JUSTICE WOLFE. Not to be published in full.

## Ida K. Robinson, Administrator de bonis non with the Will Annexed of Estate of Laura P. Robinson, Deceased, Appellant, v. William A. Dennis, Appellee.

Gen. No. 10,241.